IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02290-DME-MEH

PETER JUPP,

    Plaintiff,

v.

PRIVATE ESCAPES PLATINUM, LLC, d/b/a Private Escapes Platinum Membership Club,
PRIVATE ESCAPES HOLDINGS, LLC,
ULTIMATE ESCAPES HOLDINGS,LLC,
ULTIMATE ESCAPES, INC.,
ULTIMATE ESCAPES PREMIERE CLUB, LLC,
ULTIMATE ESCAPES CLUBS, LLC,
ULTIMATE ESCAPES ELITE CLUB, LLC,
ULTIMATE ESCAPES SIGNATURE CLUB, LLC, and
RICHARD KEITH,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 15, 2011.**

    The Joint Motion to Stay Action Pending Approval of Settlement [filed June 13, 2011; docket #38] is **granted**. On or before November 15, 2011, the parties shall file dismissal papers with the Court or, if the approval of the Delaware bankruptcy court remains pending at that time, a status report informing the Court of the status of the bankruptcy proceeding. In the event such approval is denied, the parties shall file within ten (10) days of notice thereof a status report informing the Court of the denial and a proposed revised Scheduling Order for the litigation of this matter.